David WILKINS, Petitioner–Appellant,

v.

Stephen GRENFELL; Attorney General for the State of Maryland, Respondents–Appellees.

No. 02–6357.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

David Wilkins, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David Wilkins appeals the district court's order dismissing his claim for property damages. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wilkins v. Grenfell*, No. CA–02–166–AW (D. Md. filed Jan. 23, 2002; en-

tered Jan. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*